# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| TWIN PEAKS FINANCIAL SERVICES, INC., | 07-25399 RKM |
| | [Chapter 7] |
| Debtor. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the creditor listed below in the amount listed. The check was never cashed or returned and the trustee placed a stop payment on the check.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Wells Fargo Subpoena Processing Department<br>PO Box 29728<br>MAC# S3928-020<br>Phoenix, AZ  85038-9728 | $15.10 |

The address listed above constitutes the last known address in question. The check in the amount of $15.10 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 9st day of May, 2011.

_____
Duane H. Gillman, Trustee

SLC_843719.1